AO 91 (Rev. 11/11)  Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*June 11, 2026*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  **4:26-mj-378** |
| PETER JAMES BLOOMFIELD | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ June 3, 2026, _____ in the county of _____ Grimes _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Count One: 18 U.S.C. § 875(c) | Count One: Interstate transmission of threatening communications, in violation of 18 U.S.C. § 875(c).<br><br>See Attachment A, incorporated herein by reference. |

This criminal complaint is based on these facts:

See attached affidavit of probable cause.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI SA Derek Kay
_____
*Printed name and title*

Sworn to before me and signed by telephone

Date: _____ June 11, 2026 _____

_____
*Judge's signature*

City and state: _____ Houston, Texas _____

Hon. Peter Bray, U.S. Magistrate Judge
_____
*Printed name and title*

## ATTACHMENT A

### COUNT ONE
*Interstate Transmission of Threatening Communications*

On or about June 3, 2026, in the Southern District of Texas, the defendant,

**PETER JAMES BLOOMFIELD**,

did knowingly and willfully transmit in interstate and foreign commerce social media posts containing a threat to injure the person of another.

In violation of Title 18, United States Code, Section 875(c).

4:26-mj-378

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Derek Kay, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been since April 2022. I am assigned to the Houston Division, Bryan Resident Agency and investigate violations of federal statutes within the jurisdiction of the FBI to include communicated threats and violent crime. Through training, education, and experience, I have become familiar with the way violent crimes are committed and the efforts of persons involved to communicate threats across various internet platforms prior to committing an act of violence.

2.     The facts in support of this affidavit and contained in the following paragraphs are the result of the investigation of interstate transmission of threatening communications by **Peter James BLOOMFIELD**. The statements contained herein are based in part on information provided by other state, local, and federal law enforcement officers, and my personal knowledge.

3.     This affidavit is being submitted in support of a criminal complaint charging **BLOOMFIELD** with interstate transmission of threatening communication, in violation of 18 U.S.C. § 875, and an arrest warrant for that crime. Due to the limited purpose of this affidavit, I have not included each and every fact known concerning this investigation, although I have not omitted any material fact that undermines the statements and conclusions herein. I have set forth only the facts that I believe are necessary to establish probable cause to show that **BLOOMFIELD** violated 18 U.S.C. § 875.

## PROBABLE CAUSE

4.     On June 2, 2026, the Texas Fusion Center ("TXFC") received information from the Houston County Sheriff's Office in Alabama regarding a possible Texas-based X social media

user posting online threats. The X account profile that posted the threatening comments was identified as @fenrisL18223. X user @fenrisL18223 posted the following comments, as well as others, to various social media accounts including @FBI, @FBIHouston, and @JesusChristX:

    a.   At 7:50 p.m.: "Where's the closest FBI office? Maybe I'll kill several Agents since America is fucked."

    b.   At 7:51 p.m.: "Maybe I'll kill several Agents since America is fucked."

    c.   At 9:18 p.m.: "I might spend my money to blow up the White House and kill some billionaire Jews."

    d.   At 9:36 p.m.: "I want to shoot someone, and I don't really care who."

    e.   At 9:39 p.m.: "I want to shoot someone and I don't really care who even if it's a federal agent or 10 of them."

5.     In addition to the above, on June 2, 2026, X account user @fenrisL18223 made a post reading, "I want to shoot someone even if it's a Gay Zionist Jew, a MIGA Trump loving faggot, or a transgender Liberal N****r.".

6.     On June 3, 2026, the Houston County Sheriff's Office in Alabama submitted an Emergency Disclosure Request ("EDR") to X for the @fenrisL18223 account requesting information associated to the user account. X responded with a registration email of fenrisloki726@gmail.com and Internet Protocol ("IP") address 170.117.181.163 that was used to access the Internet and post the threatening comments on June 2, 2026.

7.     On June 3, 2026, the TXFC submitted an EDR to Google requesting information associated with the email account fenrisloki726@gmail.com. Google responded with an account associated with phone number (346) 452-9370 and two alternate email accounts: petjbloomfield991@gmail.com and peterjbloom088@gmail.com. Open-source queries of phone

number (346) 452-9370 resolved the number to **Peter James Singlehurst BLOOMFIELD** with a date of birth in 1981 and residence at 12488 Roese Road, Iola, Texas.

8.    On June 4, 2026, I submitted an EDR to Midsouth Fiber, the Internet service provider identified as the servicer of IP address 170.117.181.163. Midsouth Fiber provided the customer subscriber information associated to the IP address as "Bloomfield RV" with telephone number (979) 393-2779, email address peterjbloom088@gmail.com, and mailing address of 12488 Roese Road, Iola, Texas.

9.    Open-source queries identified a Facebook account in the vanity name of **Peter James BLOOMFIELD** (user ID 100089097601273). The profile image associated with the Facebook account matched that of the profile image for X account @fenrisL18223. Additionally, updated social media searches revealed X account @fenrisL18223 was suspended by X after posting the previously mentioned comments. After account suspension, the **Peter James BLOOMFIELD** Facebook account posted "Kill Trump, Kill Elon, Kill Some FBI agents, kill some CIA agent, and cops" to the account. Photographs uploaded to the account showed at least four firearms.

10.    On June 9, 2026, I interviewed a cooperating witness (hereinafter "CW") who forwarded a tip to the FBI regarding a comment he observed on the morning of June 3, 2026, in the Fox News live chat broadcast of a Senate floor hearing. The **Peter James BLOOMFIELD** Facebook account posted a live comment that stated, "I'm making a fucking hit list and Elon and Trump are at the top of the fucking list same as FBI and CIA." CW indicated he was concerned about the post and felt compelled to notify the FBI about threats against the President.

11.    On June 10, 2026, **BLOOMFIELD** was arrested at his residence, located at 12488 Roese Road, Iola, Texas, on an outstanding warrant through the state of Texas for terroristic

3

threats. Immediately after the arrest, **BLOOMFIELD** acknowledged I was with the FBI and stated without prompting, "I guess you're here because I threatened to blow up the White House." **BLOOMFIELD** was provided the *Miranda* warning, and he agreed to participate in an interview. **BLOOMFIELD** confirmed he used the **Peter James BLOOMFIELD** Facebook account and the @fenrisL18223 X account. **BLOOMFIELD** accessed those social media accounts primarily through his Samsung cellphone. **BLOOMFIELD** admitted to posting numerous online threats against law enforcement, elected members of Congress, and the United States President through those social media platforms because he was "seeing red" and was angry about being an "Incel" (involuntary celibate.) **BLOOMFIELD** admitted to using the internet to research explosives and their effect on demolishing a building.

12. On June 10, 2026, the FBI executed a federal search warrant at **BLOOMFIELD's** residence located at 12488 Roese Road, Iola, Texas. Among other things, the FBI seized more than 20 firearms and a significant amount of ammunition.

13. Based on my training and experience, I am aware that Facebook and X are accessed via the Internet, which is a means and facility of interstate and foreign commerce.

4

## CONCLUSION

14.     Based on the foregoing, I believe that probable cause exists for the issuance of a Criminal Complaint charging **BLOOMFIELD** with interstate transmission of threatening communication, in violation of 18 U.S.C. § 875.

Respectfully submitted,

Derek Kay
Special Agent
Federal Bureau of Investigation

Subscribed and sworn telephonically to me this 11th day of June 2026 and I find probable cause.

HONORABLE PETER BRAY
United States Magistrate Judge
Southern District of Texas

5